1004

THE STATE OF WASHINGTON, *Respondent*, v. ELAINE MACKENZIE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01221-2, James H. Allendoerfer, J., entered February 17, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, J., concurred in by Kennedy and Appelwick, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. RONALD WESLEY STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-09985-7, Ronald Kessler, J., entered April 12, 2000. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS ALAN GOHL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01275-3, Janice Niemi, J., entered March 27, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion. Now published at 109 Wn. App. 817.

THE STATE OF WASHINGTON, *Respondent*, v. ROGER JAMES COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03754-1, Ronald Kessler, J., entered May 25, 2000. *Reversed* by unpublished per curiam opinion.